| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| BABY LYN C. ABAD,<br>ANGELITO R. CRUZ, | ) )<br>) | No. C 08-4758 EMC |
| Plaintiffs, | ) ) | |
| v. | ) ) | **STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE;** |
| | ) | **AND [PROPOSED] ORDER** |
| MICHAEL MUKASEY, Attorney General,<br>Department of Justice; MICHAEL CHERTOFF,<br>Secretary of Department of Homeland Security;<br>DAVID STILL, District Director of the United<br>States Citizenship and Immigration Services,<br>San Francisco District Office; and the UNITED<br>STATES CITIZENSHIP and IMMIGRATION<br>SERVICES, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Plaintiffs, by and through their attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

1. Plaintiffs filed this action on or about October 16, 2008. The United States Attorney's Office was not served until November 14, 2008.

2. Pursuant to this Court's October 16, 2008 Order Setting the Case Management Conference, the parties are required to file a joint case management statement on January 14, 2009, and attend a case management conference on January 21, 2009.

Stipulation to Extend
C08-4758 EMC           1

3. In order to allow sufficient time for Defendants to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

Last day to file Defendants' Answer:                    January 13, 2009

Last day to file Joint ADR Certification:               January 21, 2009

Last day to file/serve Joint Case Management Statement: January 28, 2009

Case Management Conference:                             February 4, 2009, at 1:30 p.m.

Date: November 21, 2008                      Respectfully submitted,

                                             JOSEPH P. RUSSONIELLO
                                             United States Attorney


                                             _____/s/_____
                                             ILA C. DEISS[1]
                                             Assistant United States Attorney
                                             Attorneys for Defendants



                                             _____/s/_____
Date: November 21, 2008                      LISA DUBOWSKI
                                             Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:  November 25, 2008                     _____
                                             EDWARD M. CHEN
                                             United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Extend
C08-4758 EMC                                 2