|   |   |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332<br>United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ILA C. DEISS, NY SBN 3052909 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7124<br>FAX: (415) 436-7169 |
| 7 |   |
| 8 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

BABY LYN C. ABAD,
ANGELITO R. CRUZ,

    Plaintiffs,

v.

MICHAEL MUKASEY, Attorney General, Department of Justice; MICHAEL CHERTOFF, Secretary of Department of Homeland Security; DAVID STILL, District Director of the United States Citizenship and Immigration Services, San Francisco District Office; and the UNITED STATES CITIZENSHIP and IMMIGRATION SERVICES,

    Defendants.

No. C 08-4758 EMC

**SECOND STIPULATION TO EXTEND DATES; AND [PROPOSED] ORDER**

  The Plaintiffs, by and through their attorney of record, and Defendants by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

  1. On November 25, 2008, the Court granted the parties' first stipulation to extend the date of case management conference.

  2. On December 23, 2008, the United States Citizenship and Immigration Services (USCIS) issued a Notice of Intent to Deny ("NOID") to Plaintiffs.

  3. In order to allow sufficient time for Plaintiffs to respond to the NOID, the parties hereby

Second Stipulation to Extend
C08-4758 EMC          1

respectfully ask this Court to extend the dates in the Court's scheduling order as follows:

| | |
|---|---|
| Last day to file Defendants' Answer: | February 11, 2009 |
| Last day to file Joint ADR Certification: | February 18, 2009 |
| Last day to file/serve Joint Case Management Statement: | March 4, 2009 |
| Case Management Conference: | March 11, 2009, at 1:30 p.m. |

Date: December 30, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

/s/
ILA C. DEISS[1]
Assistant United States Attorney
Attorneys for Defendants

Date: December 30, 2008

/s/
LISA DUBOWSKI
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: December 31, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED
Judge Edward M. Chen

---

[1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Second Stipulation to Extend
C08-4758 EMC                                    2