```
 1  LISA DUBOWSKI, a member of
    ASK LAW GROUP
 2  3530 Wilshire Blvd., Suite 1600
    Los Angeles, California 90010
 3  (213) 389-3903
    California Bar No. 237003
 4
    Attorneys for the Plaintiffs
 5
 6              UNITED STATES DISTRICT COURT
 7          FOR THE NORTHERN DISTRICT OF CALIFORNIA
 8
 9                                    ) CV NO: 08-4758
    BABY LYN C. ABAD;                 )
10  ANGELITO R. CRUZ                  )
                                      ) STIPULATION BETWEEN PARTIES
11           Plaintiffs,              ) CONSENTING TO SUBSTITUTION
                                      ) OF ATTORNEY OF RECORD ; ORDER
12      vs.                           )
                                      )
13  MICHAEL MUKASEY, Attorney         )
    General, Department of Justice;   )
14  MICHAEL CHERTOFF, Secretary of the)
    Department of Homeland Security;  )
15  DAVID STILL, District Director of )
    The United States Citizenship and )
16  Immigration Services; San Francisco)
    District Office; and the UNITED   )
17  STATES CITIZENSHIP AND IMMIGRATION)
    SERVICES                          )
18                                    )
             Defendants.              )
19  _____)
```

The Plaintiffs, by and through their current attorney of record, and the Plaintiffs previous attorney of record, hereby stipulate, subject to the approval of the Court, to the following:

1) On or about January 7, 2009, Plaintiffs retained the services of Tancino Law Offices to represent them in all immigration related matters.

2) All of Plaintiffs records pertaining to any immigration

matters were forwarded to the care of Tancino Law Offices and their current attorney, Dennis E. Chua, Esquire. Dennis E. Chua's address is One Hallidie Plaza, Suite 818, San Francisco, California 94102.

3) The undersigned request that Dennis E. Chua, be substituted as attorney of record in the above referenced matter, and that Lisa Dubowski, be released from any further communications related to this matter.

Dated: January 27, 2009

Respectfully submitted,

ASK LAW GROUP

*/s/ Lisa Dubowski*

LISA D. DUBOWSKI
Previous Attorney for the Plaintiffs

Dated: January 27, 2009

*/s/ Dennis E. Chua*

DENNIS E. CHUA
Current Attorney for the Plaintiffs

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Edward M. Chen]*