JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7124
FAX: (415) 436-7169

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| BABY LYN C. ABAD,<br>ANGELITO R. CRUZ,<br><br>        Plaintiffs,<br><br>        v.<br><br>MICHAEL MUKASEY, Attorney General,<br>Department of Justice; MICHAEL CHERTOFF,<br>Secretary of Department of Homeland Security;<br>DAVID STILL, District Director of the United<br>States Citizenship and Immigration Services,<br>San Francisco District Office; and the UNITED<br>STATES CITIZENSHIP and IMMIGRATION<br>SERVICES,<br><br>        Defendants. | No. C 08-4758 EMC<br><br>**STIPULATION TO DISMISS AND**<br>**[PROPOSED] ORDER** |

Plaintiff, by and through his attorney of record, and Defendants by and through their attorney of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action without prejudice.

///

///

///

Stipulation to Dismiss
C08-4758 EMC

1

1    Each of the parties shall bear their own costs and fees.

2    Date: February 3, 2009                           Respectfully submitted,

3                                                     JOSEPH P. RUSSONIELLO
                                                      United States Attorney
4

5                                                     ILA C. DEISS
6                                                     Assistant United States Attorney
                                                      Attorneys for Defendants
7

8

9    Date: February _____, 2009                       DENNIS E. CHUA
                                                      Attorney for Plaintiffs
10

                                     **ORDER**
11

12    Pursuant to stipulation, IT IS SO ORDERED.

13

     Date:   February 6, 2009
14                                                    EDWARD M. CHEN
                                                      United States Magistrate Judge
15

16                                                    IT IS SO ORDERED

17

18                                                    Judge Edward M. Chen

19

20

21

22

23

24

25

26
     _____
27     [1] I, Ila Deiss, hereby attest that I have on file all holograph signatures for any signatures
28   indicated by a "conformed" signature (/S/) within this efiled document.

     Stipulation to Dismiss
     C08-4758 EMC                                2